**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: DONALD L. BOTHEM, III § Case No. 17-80836
      MICHELE R. BOTHEM § 
                                          §
          Debtor(s) §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 04/10/2017.

2) The plan was confirmed on 09/29/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 12/05/2017, 01/18/2018.

5) The case was converted on 01/10/2018.

6) Number of months from filing or conversion to last payment: 5.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $0.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor(s) | $ 7,825.00 | |
| Less amount refunded to debtor(s) | $ 25.00 | |
| **NET RECEIPTS** | | $ 7,800.00 |

**Expenses of Administration:**

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 667.18 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 667.18 |
| Attorney fees paid and disclosed by debtor(s): | $ 1,910.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| ERIC PRATT LAW FIRM P.C. | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| ALLY FINANCIAL | Sec | 29,165.00 | 30,036.55 | 30,036.55 | 2,253.30 | 1,237.39 |
| ALLY FINANCIAL | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA INC | Sec | 11,850.00 | 11,725.00 | 11,725.00 | 3,251.59 | 390.54 |
| SANTANDER CONSUMER USA INC | Uns | 11,072.00 | 11,674.92 | 11,674.92 | 0.00 | 0.00 |
| GATEWAY COMMUNITY BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL NATIONAL MORTGAGE | Sec | 3,000.00 | 4,465.96 | 4,465.96 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 21,000.00 | 2,468.22 | 2,468.22 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | 608.38 | 608.38 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 21,000.00 | 14,029.39 | 14,029.39 | 0.00 | 0.00 |
| ASSOC COLL | Uns | 214.00 | NA | NA | 0.00 | 0.00 |
| BI-STATE POINT OF SALE | Uns | 700.00 | NA | NA | 0.00 | 0.00 |
| CACH LLC | Uns | 1,378.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 418.00 | 418.06 | 418.06 | 0.00 | 0.00 |
| CHASE CARD | Uns | 8,519.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD | Uns | 7,800.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD | Uns | 6,204.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK / EDDIEBAU | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| RESURGENT CAPITAL SERVICES | Uns | 0.00 | 886.35 | 886.35 | 0.00 | 0.00 |
| CREDITORS PR | Uns | 352.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Uns | 0.00 | 62,201.59 | 0.00 | 0.00 | 0.00 |
| DR JOSEPH MANGIARDI | Uns | 305.00 | NA | NA | 0.00 | 0.00 |
| EASYPAY / DVRA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 880.00 | 880.69 | 880.69 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 387.00 | 387.69 | 387.69 | 0.00 | 0.00 |
| FOREST CITY DIAGNOSTIC | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 1,248.00 | 1,248.00 | 1,248.00 | 0.00 | 0.00 |
| BECKET & LEE LLP | Uns | 106.00 | 106.78 | 106.78 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 766.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 1,298.00 | 1,298.03 | 1,298.03 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,135.00 | 1,134.74 | 1,134.74 | 0.00 | 0.00 |
| ROCKFORD FIRE DEPT | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| MERCYHEALTH/ROCKFORD | Uns | 300.00 | 401.40 | 401.40 | 0.00 | 0.00 |
| ROCKFORD MEMORIAL HOSP | Uns | 6,000.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 659.00 | 8,374.98 | 8,374.98 | 0.00 | 0.00 |
| ROCKFORD PAIN CENTER | Uns | 150.00 | 145.93 | 145.93 | 0.00 | 0.00 |
| STELLAR RECOVERY INC | Uns | 313.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 0.00 | 1,377.73 | 1,377.73 | 0.00 | 0.00 |
| SYNCB / JCP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB / LOWES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SYSCO FOOD CHICAGO | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| TIMEPAYMENT CORP | Uns | 4,574.00 | NA | NA | 0.00 | 0.00 |
| US DEP ED | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| VERIZON BY AMERICAN | Uns | 545.00 | 534.63 | 534.63 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 282.00 | 282.19 | 282.19 | 0.00 | 0.00 |
| RENT A CENTER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 466.11 | 466.11 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 0.00 | 15,678.18 | 15,678.18 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | 2,584.57 | 2,584.57 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 4,465.96 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 41,761.55 | $ 5,504.89 | $ 1,627.93 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 46,227.51 | $ 5,504.89 | $ 1,627.93 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 32,175.79 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 32,175.79 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 32,811.18 | $ 0.00 | $ 0.00 |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 667.18 |
| Disbursements to Creditors | $ 7,132.82 |
| **TOTAL DISBURSEMENTS:** | $ 7,800.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that the foregoing summary is true and complete and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests that the Trustee be discharged and granted such other relief as may be just and proper.

Date:  01/19/2018            By:  /s/ Lydia S. Meyer
                                  Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.